Case: 14-1957    Document: 9    Filed: 07/03/2014    Pages: 1

# United States Court of Appeals
## For the Seventh Circuit
## Chicago, Illinois 60604

July 3, 2014

*Before*

**Richard A. Posner,** *Circuit Judge*
**Ann Claire Williams,** *Circuit Judge*
**David F. Hamilton,** *Circuit Judge*

| | |
|---|---|
| CHANGE HAMILTON-HAYYIM, <br>     Plaintiff-Appellant, <br><br> No. 14-1957          v. <br><br> JESSE L. JACKSON, JR., Member Congress, et al., <br>     Defendants-Appellees. | ] Appeal from the United <br> ] States District Court for <br> ] the Northern District of <br> ] Illinois, Eastern Division. <br> ] <br> ] No. 1:12-cv-06392 <br> ] <br> ] James F. Holderman, Judge. |

O R D E R

On April 30, 2014, the court issued an order requiring that appellant Change Hamilton-Hayyim shall file, on or before May 14, 2014, a brief memorandum stating why this appeal should not be dismissed as unnecessary. Appellant, however, did not file a response. Nor did appellant respond to the court's show cause order of May 29, 2014. Therefore, on review of the short record,

IT IS ORDERED that this appeal is DISMISSED as unnecessary.

This appeal duplicates a later, amended appeal filed on April 25, 2014, and docketed in this court as Appeal No. 14-1960. Only one appeal is necessary. *Harris v. Bellin Memorial Hospital*, 13 F.3d 1082, 1083 (7th Cir. 1994).